IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>DERRICK ANTON ROGERS<br>also known as<br>Derrick Rogers<br>also known as<br>Deonte Benson,<br><br>  Defendant. | CRIMINAL FILE NO.<br>1:09-CR-441-TWT |

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 42] of the Magistrate Judge recommending denying Edward Stone's Motion for Return of Property [Doc. 11] and Motion for Victim Rights [Doc.13]. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. Edward Stone's Motion for Return of Property [Doc. 11] and Motion for Victim Rights [Doc.13] are DENIED.

SO ORDERED, this 7 day of May, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge