IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

DERRICK ANTON ROGERS
also known as
Derrick Rogers
also known as
Deonte Benson,

   Defendant.

CRIMINAL FILE NO.
1:09-CR-441-TWT

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 138] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 125]. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 125] is DENIED. This action is DISMISSED. No Certificate of Appealability will be issued.

SO ORDERED, this 13 day of April, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge